

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2021

No. 04-21-00284-CV

Ronald Dean **STRICKLAND,**
Appellant

v.

**IHEARTMEDIA, INC.**, Stephen L. Schaefer, and John and Jane Does,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVDO-21-0000063
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The reporter's record was originally due on September 13, 2021. On September 20, 2021, court reporter Paula Beaver filed a notification of late record, notifying this court that the reporter's record has not been filed because appellant has failed to request the record.

It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* Tex. R. App. P. 34.6(b)(1). The reporter's record must be filed no later than thirty (30) days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* Tex. R. App. P. 37.3(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court